AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | **APPEARANCE** |
|---|---|
| V. | |
| Bayryshova et al. | Case Number: 21-cr-10041 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Anna Barenboym.

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ✓ Retained
- ☐ Pro Bono

| 3/18/2022 | *Kayla Ghantous* |
|---|---|
| Date | Signature |
| | Kayla Ghantous — 709197 |
| | Print Name — Bar Number |
| | Hogan Lovells US LLP, 125 High St., Suite 2010 |
| | Address |
| | Boston — MA — 02110 |
| | City — State — Zip Code |
| | (617) 702-7749 — (617) 371-1037 |
| | Phone Number — Fax Number |